THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM J. MALONEY, Respondent, against MARK GRAVES et al., Constituting the State Tax Commission, Appellants.

Submitted January 18, 1943; decided February 25, 1943.

MOTION for reargument, stay and return of remittitur denied with ten dollars costs and necessary printing disbursements. (See 289 N. Y. 178.)